## 22983.  L. C. ROBINSON & SONS, INC. v. UNDERCOFLER, Commissioner.

CANDLER, Presiding Justice.  We granted the writ of certiorari in this case (*Undercofler v. L. C. Robinson & Sons, Inc.*, 111 Ga. App. 411, 141 SE2d 847) to study the Act of 1963 (Ga. L. 1963, pp. 30, 31) which further amended § 68-502 of the Code of 1933 and, after a careful study and consideration of the amendment, we have reached the conclusion that its only purpose was to add another class of motor carriers for hire to those which § 68-502 had previously exempted from regulation by the Public Service Commission; and having reached

this conclusion, we are of the opinion that the Court of Appeals properly reversed the judgment of the trial court.

*Judgment affirmed. All the Justices concur, except Mobley, J., not participating for providential cause, and Cook, J., disqualified.*

ARGUED SEPTEMBER 13, 1965—DECIDED OCTOBER 7, 1965.

*Henry N. Payton,* for plaintiff in error.

*Arthur K. Bolton, Attorney General, John A. Blackmon, William L. Harper, Assistant Attorneys General, Melvin E. Thompson,* contra.